JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC LLC, | Case No. SA CV 23-0588-FMO (PVCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE FIRM ENTERPRISES, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 21st day of December, 2023.

/s/
Fernando M. Olguin
United States District Judge